**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Roy Red Joey,  Defendant. | No. CR-14-08122-PHX-SPL  **ORDER** |

Before the Court is the parties' Joint Motion for New Trial (the "Motion"). (Doc. 225) On November 19, 2014, Defendant Roy Red Joey (the "Defendant") was convicted of two counts of abusive sexual contact and two counts of committing an offense by a registered sex offender. (Doc. 148) The Government and the Defendant filed the Motion for a new trial, but the Motion was made with the understanding that the Defendant will accept a plea offer if the Motion is granted. (Doc. 225 at 3) The basis for the Motion is several post-trial developments related to Carli Moncher, a forensic interviewer that testified as an expert witness at the Defendant's trial. (Doc. 225 at 2) Moncher was recently indicted for fraud and theft in connection with her work as a forensic expert. (Doc. 225 at 3) While it is not alleged that Moncher committed criminal conduct in connection with the Defendant's case, the Government admits that there is evidence to support that Moncher may have testified falsely in two subsequent federal cases. (Doc. 225 at 3)

The parties are seeking an order from the Court conditionally granting the Motion with the intent that the Defendant accept a plea offer. It is the parties' intent for the Defendant to plead guilty and be resentenced in accordance with the pending plea

agreement. (Doc. 225 at 4) The parties seek for the Joint Motion to be granted on a conditional basis so that if the Defendant declines to accept the proposed plea agreement, the verdict against the Defendant will be reinstated, and the Defendant's motion for new trial (Doc. 207) will move forward. Accordingly,

**IT IS ORDERED** that the Joint Motion for New Trial (Doc. 225) is **conditionally granted** pending the Defendant's acceptance of the pending plea agreement to be addressed at the sentencing hearing scheduled for October 7, 2019 at 10:30 a.m. in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

Dated this 9th day of July, 2019.

Honorable Steven P. Logan
United States District Judge